UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Steve N., | Case No. 21-cv-2312 (DJF) |
| Plaintiff, | |
| v. | **ORDER** |
| Kilolo Kijakazi, | |
| Defendant. | |

Plaintiff Steve N. requests *in forma pauperis* ("IFP") status on appeal from this action's dismissal ("IFP Application") (ECF No. 43).[1] For the following reasons, the Court denies his IFP Application.

"The central question [when assessing an application to proceed IFP] is whether the movant can afford the costs of proceeding without undue hardship or deprivation of the necessities of life." *Ayers v. Tex. Dep't of Crim. Justice*, 70 F.3d 1268, 1268 (5th Cir. 1995) (per curiam) (citing *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339–40 (1948)); *see also, e.g.*, *Salin v. Indus. Bldg. Prod.*, No. 20-CV-2290 (PJS/LIB), 2021 WL 7186801, at *1 (D. Minn. Feb. 5, 2021) (quoting *Ayers*). Plaintiff's IFP Application states (among other things) that (1) for the last twelve months, Plaintiff has earned over

---

[1] Plaintiff prepared the IFP Application on a template form for applying to proceed IFP in district court, but the Court assumes (given this action's procedural posture) that he is in fact applying to proceed IFP on appeal.

$7,300 a month in "[i]nterest and dividends," and (2) he expects no "major changes to [his] monthly income or expenses." (*See* ECF No. 43 at 1, 5.)

Given this amount of monthly income, the Court concludes that Plaintiff can "afford the costs of proceeding [here] without undue hardship or deprivation of the necessities of life." The Court therefore denies Plaintiff's IFP Application.

## ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Plaintiff Steve N.'s application to proceed *in forma pauperis* on appeal (ECF No. [43]) is **DENIED**.

2. The Clerk of Court is **ORDERED** to notify the U.S. Court of Appeals for the Eighth Circuit that the district court has denied Plaintiff's motion to proceed *in forma pauperis* on appeal.

Dated: April 17, 2023

*s/ Dulce J. Foster*
DULCE J. FOSTER
United States Magistrate Judge

2